UNITED STATES of America,
Plaintiff–Appellee,

v.

Enrique ALEJO–ZUNIGA, also known as Enrique Bautista Zuniga,
Defendant–Appellant.

No. 03–51273.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided June 23, 2004.

Joseph H. Gay, Jr, Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

Enrique Alejo–Zuniga, Beaumont, TX, for Defendant–Appellant.

PER CURIAM: *

The attorney appointed to represent Enrique Alejo–Zuniga has filed a motion to withdraw and a brief pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967). Alejo–Zuniga has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.